PROB 22-DC (Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**: 1:22-CR-00048-002

**DOCKET NUMBER (Rec. Court)**: CR 23-00094 JMS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Lawrence Kahele Lum Kee | District of Columbia | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Carl J. Nichols | |
| | DATES OF PROBATION: FROM 08/29/2023 | TO 08/28/2024 |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII cc
Dec 5, 2023, 9:11 am
Lucy H. Carrillo, Clerk of Court

**OFFENSE**

Contributions in the Name of Another and Aiding and Abetting, 52 USC §30122 and 18 USC § 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the District of Hawaii upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/1/2023
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

12/4/2023
Effective Date

*[signature]*
United States District Judge